**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 97-CR-00297-WYD-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY BARELA,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On October 27, 2009, the defendant submitted a letter to the Court requesting early termination of supervised.  The Court requested that the probation officer submit a recommendation regarding this request.  On November 10, 2009, the Probation Officer responded with no objections.  In addition the Probation Officer contacted Assistant U.S. Attorney Wayne Campbell who also indicated he had no objections.  Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated:  November 20, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge